UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NATHANAEL R. ORTIZ,

Defendant.

10-CR-73 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge:

On December 6, 2011, defendant was sentenced principally to a term of imprisonment of 60 months to run consecutively with the 168-month sentence imposed on July 15, 2009 under docket number 08-CR-548-02 (DC).

On January 23, 2024, defendant filed a motion requesting that the Court reduce his sentence pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023, and applies retroactively.

The Court has determined that defendant is not eligible for a sentence reduction pursuant to Amendment 821 because he was sentenced to the statutorily required minimum term of imprisonment, and the Court may not impose a sentence below the mandatory minimum sentence.

Accordingly, defendant's motion is hereby DENIED.

The Clerk of Court is directed to mail a copy of this Order to Nathanael R. Ortiz (#61129-054), USP Lee, U.S. Penitentiary, P.O. Box 305, Jonesville, VA 24263.

Dated: New York, New York
May 7, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.